# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | NO: 24-2542 |
| PHILIP EPPS : | |
| : | |

## MOTION FOR CJA APPOINTMENT, NUNC PRO TUNC

Counsel, Robert M. Gamburg, Esquire, respectfully requests CJA appointment in the above matter and in support thereof avers the following:

1. Counsel was privately retained to represent Defendant, Philip Epps in the United States District Court, District Court of Delaware, Criminal Number 1-23-cr-00030-001.

2. On June 26, 2024, a bench trial was held before The Honorable Colm F. Connolly.

3. Following the guilty verdict, Defendant filed a Motion for New Trial.

4. The Court granted the Motion for New Trial.

5. On August 19, 2024, the Government filed a Notice of Appeal from the Order entered granting Defendant's Motion for New Trial.

6. Defendant does not have any funds for representation throughout the appeal process.

7. Defendant would like to undersigned counsel to continue representation for his appeal.

WHEREFORE, counsel prays that this Honorable Court grant the Nunc Pro Tunc Motion for CJA Appointment of Defendant, Philip Epps.

Respectfully submitted,

*/s/ Robert Gamburg, Esquire*
**ROBERT M. GAMBURG, ESQUIRE**
1500 John F. Kennedy Blvd, Suite 1203
Philadelphia, PA 19102
(215) 567-1486 phone
(215) 940-6661 facsimile

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 23, 2024 a true and correct copy of the within motion in the herein matter was served on the following person, via first class mail, and/or electronic filing, as follows:

Jesse S. Wenger, Esq.
Office of United States Attorney
1313 N Market Street
Hercules Building, Suite 400
Wilmington, DE 19801

PHILIP EPPS 70713-066
Federal Detention Center
700 ARCH ST
PHILADELPHIA PA 19106-1548

------------/s/-----------------------------------
ROBERT M. GAMBURG, ESQUIRE
1500 John F. Kennedy Blvd, Suite 1203
Philadelphia, PA 19102
(215) 567-1486